UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                          CHAPTER 13

KATHERINE JOHNSON                     CASE NO. 09-71386

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** **BAC Home Loans Servicing LP**      **Court claim #:** *(if known)* _____

**Last four digits** of any number used to identify the debtor's account: 3597

---

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $6860.29 |
| Amount Paid by Trustee | $6860.29 |

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐    Thru the Chapter 13 Plan          ☒    Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  5/21/2012                      /s/Fiona Whelan
                                                 Fiona Whelan, Attorney for
                                                 Lydia S. Meyer, Trustee
                                                 308 W. State St., Suite 212
                                                 Rockford, IL  61101

<u>Certificate of Service</u>
     I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 21<u>st</u> Day of <u>May</u>, 2012.

Dated:  5/21/12                              /s/Cynthia K. Burnard

BAC HOME LOANS SERVICING LP
BANKRUPTCY DEPARTMENT MS: TX2-982-03-03
7105 CORPORATE DRIVE
PLANO, TX 75024

WILSHIRE CREDIT CORPORATION
PO BOX 8517
PORTLAND, OR  97207-8517

BAC HOME LOAN SERVICING LP
2380 PERFORMANCE DR  BK DEPT
MAIL STOP TX2-984-05-03
RICHARDSON, TX 75082

JOHNSON, BLUMBERG & ASSOC. LLC
230 W. MONROE STREET, SUITE 1125
CHICAGO, IL  60606

KATHERINE JOHNSON
518 WILSHIRE
MACHESNEY PARK, IL  61115

GERACI LAW LLC
55 E. MONROE STREET, SUITE 3400
CHICAGO, IL  60603